# BURSOR & FISHER
### P.A.

1990 N. CALIFORNIA BLVD
9TH FLOOR
WALNUT CREEK, CA 94596
www.bursor.com

NEAL J. DECKANT
Tel: 925.300.4455
Fax: 925.407.2700
ndeckant@bursor.com

October 10, 2024

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

    Re:    *Frost v. Aldi Inc.*, Case No. 1:24-cv-07095-MKV

Dear Judge Vyskocil:

    I represent Plaintiff in the above-referenced matter. I write on behalf of the Parties to request a 28 day extension for Defendant to respond to the Complaint.

    Defendant's current response deadline is October 11, 2024. The Parties have met and conferred and agree good cause exists for a 28 day extension on Defendant's deadline to respond to the Complaint. Defendant is still investigating the claim and requires additional time to retain litigation counsel.

    Accordingly, the Parties respectfully request the Court enter an order extending Defendant's deadline to respond to the Complaint to November 6, 2024.

                Very truly yours,

                Neal J. Deckant

CC: Defendant's Counsel (via email)