AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| MAGGIE FROST, on behalf of herself and all others similarly situated, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:24-cv-07095-MKV |
| ALDI INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ALDI Inc.                                                                                              .

Date:     May 29, 2025

*Attorney's signature*

Yvette Golan, SDNY YG9420
*Printed name and bar number*

The Golan Firm PLLC
529 14th Street NW Suite 914
Washington DC 20045
*Address*

ygolan@tgfirm.com
*E-mail address*

(866) 298-4150 ext. 101
*Telephone number*

(928) 441-8250
*FAX number*