# BURSOR & FISHER
P.A.

**1990 N. CALIFORNIA BLVD.**
**9TH FLOOR**
**WALNUT CREEK, CA 94596**
**www.bursor.com**

**NEAL J. DECKANT**
Tel: **925.300.4455**
Fax: **925.407.2700**
**ndeckant@bursor.com**

August 4, 2025

**Via Electronic Filing**
Hon. Mary Kay Vyskocil
United States District Judge
USDC Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:    Frost v. Aldi; Case No. 1:24-cv-07095**

Your Honor:

This letter is filed jointly by Plaintiff's counsel on behalf of all parties, with Defendant's counsel's approval, pursuant to the court's April 15, 2025, Case Management Plan and Scheduling Order (ECF No. 18) directing the parties to file a joint letter proposing a plan for ADR by August 4, 2025.

The parties' position regarding ADR is consistent with the position expressed in the March 21, 2025, proposed case management plan: Counsel for the parties recommend ADR proceedings in the form of mediation before a privately retained mediator or referral to a magistrate judge after the end of fact discovery. If there is more information the court requires from the parties, please advise and the parties will meet and confer in order to so provide.

Very truly yours,

Neal J. Deckant
Plaintiff's Counsel

CC: Counsel of record (via ECF)