BURSOR & FISHER P.A.

1990 N. CALIFORNIA BLVD.
9TH FLOOR
WALNUT CREEK, CA 94596
www.bursor.com

NEAL J. DECKANT
Tel: 925.300.4455
Fax: 925.407.2700
ndeckant@bursor.com

September 19, 2025

**Via Electronic Filing**
Hon. Mary Kay Vyskocil
United States District Judge
USDC Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: Frost v. Aldi; Case No. 1:24-cv-07095**

Your Honor:

The parties in the above-captioned matter write jointly to alert the Court that the parties reached preliminary agreement as to a settlement on September 17, 2025. While the parties are still working to finalize the details of the settlement agreement, the parties agree that the settlement conference scheduled for September 25, 2025, before Magistrate Judge Aaron (ECF No. 22) is no longer necessary in light of the preliminary agreement.

When Plaintiff informed Magistrate Judge Aaron of the settlement in her pre-conference letter on September 18, Magistrate Judge Aaron directed the parties to file a letter on the ECF docket requesting that the settlement conference be taken off calendar. Accordingly, the parties respectfully request that the Court take the September 25 conference off calendar.

Respectfully submitted,

Neal J. Deckant
Counsel for Plaintiff Maggie Frost

/s/
Yvette Golan
Counsel for Defendant Aldi Inc.

CC: Counsel of record (via ECF)