# BURSOR & FISHER
P.A.

**1990 N. CALIFORNIA BLVD.**
**9TH FLOOR**
**WALNUT CREEK, CA 94596**
**www.bursor.com**

**DANIEL S. GUERRA**
Tel: **925.300.4455**
Fax: **925.407.2700**
**dguerra@bursor.com**

October 29, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/30/2025___

**Via Electronic Filing**
Hon. Mary Kay Vyskocil
United States District Judge
USDC Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:    Frost v. Aldi Inc.; Case No. 1:24-cv-07095**

Your Honor:

On September 29, 2025, the Court issued an Order of Dismissal in this action "without prejudice to restoring the action to the Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by October 29, 2025." ECF 32 at 1.

The parties have memorialized their settlement in writing, which has been accepted by all parties. However, despite the parties' best intentions, they have not yet fully executed the settlement agreement in this matter, though they anticipate that they will be able to do so.

*Plaintiff's Position*: To facilitate the parties' settlement and ensure full resolution of this matter, we respectfully request that this Court either: 1) reopen this matter and extend the time for the parties to memorialize their settlement until November 14, 2025—at which time, Plaintiff will either dismiss or proceed with this matter; or 2) extend the time for the parties to file an application to restore the action until November 14, 2025.

*Defendant's Position*: There is a written memorialized settlement agreement that resolves all claims and that has been agreed to by all parties, in writing. The only remaining matter is the form of one party's signature, and reopening the matter is not warranted. Aldi thus requests the Court adopt the second option Plaintiff requests, *i.e.,* to "extend the time for the parties to file an application to restore the action until November 14, 2025."

Very truly yours,

Daniel S. Guerra

CC: Counsel of record (via ECF)

IT IS HEREBY ORDERED that the deadline to move to reopen this case is extended until November 14, 2025.

Date:  ___Oct. 30, 2025___
New York, New York

Mary Kay Vyskocil
United States District Judge